# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

V.

**BRADY FROST**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-0208

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 21, 2016, in Johnson County, in the Southern District of Indiana defendant did,

Unlawfully possess a firearm after having been convicted of a felony offense

in violation of Title 18, United States Code, Sections 922(g)(1). I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached affidavit

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent Brian Taylor, ATF

**Sworn to before me, and subscribed in my presence**

March 23, 2016
**Date**

at Indianapolis, Indiana

_____
Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

Affidavit

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Department of Justice ("ATF"), and have been so employed for over two years.

2. I am a sworn Federal Agent empowered under the laws of the United States to investigate violations of Federal firearms laws pertaining to the Gun Control Act of 1968.

3. I am conducting an investigation regarding the possession of a firearm by Brady Frost, a convicted felon. Based on my investigation, I have probable cause to believe that Brady Frost has violated Title 18, United States Code, Section 922(g)(1)- Unlawful Possession of a Firearm by a Convicted Felon.

4. My probable cause is based on information set forth in the following paragraphs, which is either known personally to me or has been related to me by individuals listed below.

5. On January 19, 2016 at 5:15 p.m., Detective Travis Wampler of the Johnson County Sheriff's Office monitored a jail call between Brady Frost and Melissa Moran, an inmate in the Johnson County Law Enforcement Facility. Inmates making outgoing telephone calls from the Johnson County Law Enforcement Facility are warned that their calls may be monitored, as they are from a correctional facility. During the call, Detective Wampler heard Frost say that he was currently at Melissa Moran's residence, which Wampler knew to be 2140 S. Meridian Street, Greenwood, Indiana. Frost also told Moran he was in possession of a firearm which was located under a bed in Moran's residence and that he had recently purchased a high capacity ammunition magazine.

6. On January 20, 2016, Detective Wampler applied for and was granted a search warrant for Melissa Moran's residence, located at 2140 S. Meridian St, Greenwood, Indiana.

7. On January 21, 2016, law enforcement agents executed the search warrant at 2140 S. Meridian Street, Greenwood, Indiana. Frost and his girlfriend, Nicole Burke, were in the front yard of the residence at the time. .

8. A search of a bedroom in the residence revealed a black Bushmaster Carbon 15 AR-15 semiautomatic rifle, which was loaded with a 100 round magazine and numerous of rounds of live ammunition.. During an earlier interview of Nicole Burke, Burke told law enforcement there was a gun within the bedroom belonging to her and Brady Frost. Burke identified Frost as being the owner of the gun.

9. After being given his *Miranda* warnings and agreeing to speak with law enforcement, Frost admitted to purchasing the AR-15 with another individual for $600.00. Frost said he provided $300 for purchasing the AR-15 and recently went with several other individuals to shoot the rifle.

10. Your affiant conducted a criminal background check on Brady Frost and learned on September 12, 2008, Frost was convicted of Criminal Confinement (49G16-0806-FD-144820) and on September 19, 2013, Frost was convicted of Carrying a Handgun Without a License (49G20-1202-FB-009973). Both of the aforementioned criminal convictions suffered by Frost are felony offenses.

11. Your affiant further knows from his training and experience that the above listed firearm was manufactured outside the State of Indiana, and by virtue of its presence in the State of Indiana would have had to travel in interstate or foreign commerce.

Based on the foregoing, there is probable cause to believe that Brady Frost has violated Title 18, United States Code, Section 922(g)(1).

Brian Taylor, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed and sworn before me this 23rd day of March, 2016.

Hon. Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana